Morris Berger, Appellant, v. Annie Waldbaum and Annie Malzman, Respondents.— Judgment affirmed, with costs, upon the opinion of Mr. Justice Maddox at Special Term. Woodward, Jenks, Rich and Miller, JJ., concurred.

Daniel R. Chichester, Respondent, v. The Winton Motor Carriage Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Margaret Gallagher, Respondent, v. Thomas W. Tuite, Individually and as Administrator, etc., of Bridget Ditton, Deceased, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Woodward, Hooker and Rich, JJ., concurred; Bartlett and Miller, JJ., dissented.

Benjamin Hyde, Appellant, v. Charles W. Anderson, Individually, and Charles W. Anderson and Robert C. Anderson, as Copartners Doing Business under the Firm Name of C. W. Anderson & Son, Defendants; Robert C. Anderson, Respondent.— Reargument ordered and case set down for the first day of the January term, 1906. Present — Bartlett, Woodward, Rich and Miller, JJ.

Leonard Jacob, Appellant, v. The Town of Oyster Bay and Others, Respondents. No. 1.— Appeal dismissed, without costs. No opinion. Hirschberg, P. J., Bartlett, Woodward, Jenks and Miller, JJ., concurred.